800 F.2d 1137
 Pennsylvania Accessories Trade Assn. Inc., Quickdraw
Accessories, Inc., Record Outlet, Magical Gardens DADKS,
Inc., Bauer (James E.,), Pontz (Drew), Palaima (Al), d/b/a
Magical Gardens, Deakin (Wayne), d/b/a Record Outlet, Linton
(Margaret), f/t/a/ Linton's Sunoco
v.
Thornburgh (Richard), Zimmerman (Leroy S.)
 NO. 85-5763
 United States Court of Appeals,
Third Circuit.
 JUN 06, 1986
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 AFFIRMED.